

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
SAM GRIFFITH
DIANE DeVASTO

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

April 14, 2004

Ms. Julia F. Pendery
Godwin Gruber, LLP
1201 Elm Street
Suite 1700
Dallas, TX 75270

Mr. Douglas J. McCarver
3548 NE Stallings Dr.
Nacogdoches, TX 75961

**RE:**  Case Number:                12-04-00084-CV
  Trial Court Case Number:  C19,776-2003

**Style:**  Fidelity & Guaranty Insurance Company
  v.
  Drewery Construction, Company, Inc.

Upon review and consideration of your response filed herein on April 12, 2004 to this Court's letter dated March 29, 2004, you are hereby notified that compliance with TEX. R. APP. P. 4.2(c) is required.

Please provide a file-marked copy of the trial court's order establishing the date you received notice or actual knowledge that the appealed judgment or order was signed. The requested copy must be provided on or before **April 26, 2004,** or the appeal will be presented to this Court for dismissal.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
  Katrina McClenny, Chief Deputy Clerk